Jamie Y. Lee, SBN 228389
jylee@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, CA 92612
Telephone: (949) 705-3000
Facsimile: (949) 724-1201
*Attorneys for Defendant* SCHENKER, INC.

Gourgen Babayan, SBN 314499
gb@babayanlawfirm.com
BABAYAN LAW, P.C.
15760 Ventura Boulevard, Suite 700
Encino, California 91436
Telephone: (818) 427-0008
Facsimile: (818) 474-7447
*Attorneys for Plaintiff* ANA JIMENEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA JIMENEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SCHENKER, INC., a New York corporation; and DOES 1 To 50, Inclusive,<br><br>Defendants. | Case No.: 5:20-cv-02110-JGB-SHK<br>Assigned For All Purposes To Honorable Jesus G. Bernal<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(A)(1)** |

1.  5:20-cv-02110-JGB-SHK

**JOINT STIPULATION OF DISMISSAL**

It is hereby stipulated by and between Plaintiff ANA JIMENEZ ("Plaintiff") and Defendant SCHENKER, INC. ("Defendant"), through their respective counsel of record, that the above-entitled action be dismissed with prejudice in its entirety against all named parties, pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 3, 2021         **LITTLER MENDELSON, P.C.**

By: */s/ Jamie Y. Lee*
Jamie Y. Lee
Attorneys for Defendant
SCHENKER, INC.

Dated: February 3, 2021         **BABAYAN LAW, P.C.**

By: */s/ Gourgen Babayan*
Gourgen Babayan
Attorneys for Plaintiff
ANA JIMENEZ

4845-7291-6442.1 070732.1068