JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA JIMENEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SCHENKER, INC., a New York corporation; and DOES 1 To 50, Inclusive,<br><br>Defendant. | Case No.: 5:20-cv-02110-JGB-(SHKx)<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)(1)** |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

2.   5:20-cv-02110-JGB-SHK
ORDER GRANTING PARTIES' JOINT STIPULATION OF DISMISSAL

1  Based on the stipulation of the parties, IT IS HEREBY ORDERED that
2  Plaintiff Ana Jimenez's entire action against all parties is hereby dismissed with
3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).
4  **IT IS SO ORDERED.**

7  DATED:  February 12, 2021

   HONORABLE JESUS G. BERNAL
   United States District Court Judge

4850-9347-1450.1 070732.1068

3.   5:20-cv-02110-JGB-SHK
**ORDER GRANTING PARTIES' JOINT STIPULATION OF DISMISSAL**

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468